GEORGE C. VAN TUYL, Jr., as Superintendent of Banks, etc., respondent, v. Theobald ENGELHARDT et al., appellants, impleaded with David A. Sullivan et al. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Motion granted, and question certified.

———

VAN TUYL v. KRESS et al. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by George C. Van Tuyl, Jr., against Samuel H. Kress and another. No opinion. Motion to extend time denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1146.

———

In the Matter of Alfred W. VARIAN. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion denied with $10 costs. Order filed.

In the Matter of Alfred W. VARIAN. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion denied, without costs. Order filed.

VELZY, Respondent, v. VELZY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by Elizabeth J. Velzy against Fred J. Velzy and another, impleaded with others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

———

In the matter of the award of compensation to Charles VEZZIO, employé, v. The DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, employer, by the State Industrial Commission. Charles VEZZIO and the State Industrial Commission, respts., v. SAME. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Award unanimously affirmed, on the authority of Matter of Winfield v. N. Y. C. & H. R. R. R. Co., 216 N. Y. 284, 110 N. E. 614.

VIETOR et al., Appellants, v. LEPRESTRE, Respondent. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Carl Vietor and others against Rene Leprestre. No opinion. Order modified, so as to limit the examination to the matters alleged in paragraphs 8, 9, 10, 12, 13, and 14 of the answer, and as so modified affirmed, without costs. Settle order on notice.

———

In re VILES. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) In the matter of the judicial settlement of the account of proceedings of Jeanie Corwin Viles, etc., as administratrix, etc., of B. Ryder Corwin, deceased. No opinion. Motion denied, without costs. See, also, 155 N. Y. Supp. 401.

VINCIGUERRA, Appellant, v. LAKE SHORE & M. S. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Girardo Vinciguerra against the Lake Shore & Michigan Southern Railway Company and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

VISTOCCO, Appellant, v. CITY OF AUBURN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by Frank Vistocco against the City of Auburn. No opinion. Judgment and order affirmed, with costs.

———

In the Matter of Benedict S. VITALE. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Proceeding dismissed. Settle order on notice.

———

Albrecht VOGT, applt., v. Lily B. M. FENN, as execx., etc., respt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Appeal dismissed without costs upon stipulation filed.

———

In the Matter of Elizabeth VOLZE, decd. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, unless appellant complies with terms stated in order. Order filed.

———

Tillie WACHT, Respt., v. TWENTY-EIGHTH ST. & 7TH AVE. REALTY CO. and ano., Applts. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment affirmed, with costs. No opinion. Order filed.

———

Sophie WAHN, Respt., v. Charles WAHN, Applt. (Supreme Court, Appellate Division, First Department January 14, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the authority of Lake v. Lake, 194 N. Y. 182, 87 N. E. 87. Order filed.

———

In the matter of the claim of Eugene E. WAITE, Jr., for compensation under the Workmen's Compensation Law, v. The PENNSYLVANIA RAILROAD COMPANY, employer. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Award unanimously affirmed. Smith, P. J., not being a member of the court at the time of the decision. Cochrane, J., not sitting.

———

Nathaniel WALKOF v. Hugh C. FOX et al. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion denied, with $10 costs. Order filed.

———

Moritz WALTER et al. v. Anna K. WALTER. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion granted; question certified. Order filed.

———

Dominick F. WARD, respt., v. ERIE R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Judgment and order affirmed with costs. All concur.